IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROMELL C. STEVENS, #10572-025,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 22-cv-01951-JPG |
| | ) |
| **BENNY VICK,** | ) |
| **CHIEF FERRELL,** | ) |
| **DERICK BAKER,** | ) |
| **SERGEANT ETHERTON,** | ) |
| **SERGEANT CRAWSON,** | ) |
| **and WELLPATH, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## RULE 54(b) JUDGMENT

This matter having come before the Court and Plaintiff Romell C. Stevens and Defendants Benny Vick, Chief Ferrell, Derick Baker, Sergeant Etherton, and Sergeant Crawson having settled all of their claims and having found no just reason to delay entry of judgment as to those claims,

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims in this case by Plaintiff Romell C. Stevens against Defendants Benny Vick, Chief Ferrell, Derick Baker, Sergeant Etherton, and Sergeant Crawson are **DISMISSED with prejudice and without costs.**

Plaintiff Romell C. Stevens' claims against Defendant Wellpath, LLC, remain pending and are currently stayed in accordance with the Order at Document 113.

**DATED**: 1/14/2025            MONICA A. STUMP, CLERK

                    By: s/ Megan Moyers
                        Deputy Clerk


APPROVED: s/ J. Phil Gilbert
          Honorable J. Phil Gilbert
          United States District Judge